## Commonwealth *v.* Bable, Appellant.

Submitted November 11, 1968. *Keith Melenyzer,* for appellant; *Arnold W. Hirsch,* First Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Beachem, Appellant.

Argued November 13, 1968. *Wilbert C. McKim, Jr.,* with him *Morris & McKim,* for appellant; *William R. Balph, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Buck, Appellant.

Submitted November 11, 1968. *Arthur S. Herskovitz,* with him *Roth & Herskovitz,* for appellant; *Robert C. Reed,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.